UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD C. WARREN,<br><br>Plaintiff,<br><br>v.<br><br>STAYSAVER VACATIONS, LLC,<br><br>Defendants. | Case No. 2:21-cv-01208-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Leave to File a Second Amended Complaint, filed on October 27, 2021. ECF No. 8. No response to this Motion was timely filed. Under Local Rule 7-2(d), a party's failure to timely oppose a motion may be treated by the Court as consent to granting the motion.

Accordingly, IT IS HEREBY ORDERED that the Motion for Leave to File a Second Amended Complaint (ECF No. 8) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall separate the Second Amended Complaint (ECF No. 8-1) from the Motion and electronically file the same on the docket of this case as a separate pleading.

IT IS FURTHER ORDERED that Defendant, Staysaver Vacations, LLC shall have 14 days from the date of this Order to file its responsive pleading.

Dated this 12th day of November, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1