# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD C. WARREN, individually and on behalf of others, | Case No. 2:21-cv-01208-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| STAYSAVER VACATIONS, LLC, a foreign limited liability company, | |
| Defendant. | |

Plaintiff is no longer at the address on file with the Court (*see* ECF No. 17) and has failed to file an updated address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1.[1]

Accordingly, IT IS HEREBY ORDERED that no later than **October 20, 2023** Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order may result in a recommendation to dismiss this case without prejudice.

DATED this 21st day of September, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] LR IA 3-1 states a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."