UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD C. WARREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAYSAVER VACATIONS, LLC, a foreign limited liability company,<br><br>　　　　Defendant. | Case No. 2:21-cv-01208-GMN-EJY<br><br>**REPORT AND RECOMMENDATION** |

　　　　On February 14, 2022, Plaintiff filed a Notice of Bankruptcy of Defendant Staysaver Vacations, LLC and requested an "automatic stay pending the resolution of the Bankruptcy proceedings filed by Defendant." ECF No. 13 at 2. On September 14, 2023, the Court issued a Minute Order staying the case and instructed the parties to submit a joint status report on October 30, 2023, and every six months thereafter addressing the status of all proceedings. ECF No. 16. On September 19, 2023, the Court's September 14, 2023 Order was returned as undeliverable. ECF No. 17.

　　　　On September 21, 2023, the Court issued an Order requiring Plaintiff to update his address no later than October 20, 2023. ECF No. 18. The Order advised that the Court would recommend dismissal of this action without prejudice if Plaintiff failed to comply with the Order. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's September 21, 2023 Order.

　　　　Based on the foregoing, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's September 21, 2023 Order.

　　　　Dated this 25th day January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

## NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).