**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEONARD C. WARREN,                 ) | |
|                      Plaintiff,   ) | Case No.: 2:21-cv-01208-GMN-EJY |
| vs.                                                  ) | **ORDER ADOPTING R&R** |
| STAYSAVER VACATIONS, LLC,   ) | |
|                      Defendant.  ) | |

Pending before the Court is the Report and Recommendation (R&R), (ECF No. 19), of United States Magistrate Judge Elayna J. Youchah, which recommends the Court dismiss this action without prejudice because Plaintiff failed to comply with the Court's Order requiring Plaintiff to update his address, (ECF No. 18).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections to the R&R were filed, and the deadlines to do so have passed. (*See* Min. Order, ECF No. 19) (setting a February 8, 2024, deadline for objections).  The Court

acknowledges that the R&R was returned as undeliverable. (ECF No. 20).  But Plaintiff's lack of notice of the R&R is a result of his failure to update his address, and the Court has provided Plaintiff with ample opportunity to update his address.  The Court therefore ADOPTS the R&R in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 19), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**.

**The Court kindly instructs the Clerk of Court to close this case.**

Dated this __19__ day of February, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court